UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

JOSE DE JESUS ROQUE LOPEZ, ET AL.,    **INITIAL SCHEDULING ORDER**

                Plaintiff(s),

                                        18-CV-5639 (PKC) (VMS)

                -against-

PRONTO PIZZA 02 LLC, ET AL.,

                Defendant(s).

-------------------------------------------------

Upon consent of the appearing parties and their counsel, it is hereby **ORDERED** as follows:

1) Defendant(s) shall answer or otherwise move with respect to the second amended complaint by August 30, 2019.

2) Automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by September 23, 2019, if not yet completed.

3) Initial document requests and interrogatories will be served no later than October 23, 2019. If the parties intend to issue interrogatories, they will serve no more than 25 interrogatories per party. The parties are aware that the presumptive cap on the number of interrogatories is 25, including subparts.

4) No additional parties may be joined after November 22, 2019. By this date, the parties may either stipulate to the addition of new parties or commence motion practice for joinder in accordance with the Individual Rules of the District Judge assigned to this case.

5) No amendment of the pleadings will be permitted after November 22, 2019 unless information unknown to the parties by this date later becomes available to them. By this date, the parties may either stipulate to the amendment of the pleadings or commence

motion practice for leave to amend the pleadings in accordance with the Individual Rules of the District Judge assigned to this case.

6) Fact discovery closes March 9, 2020.

*Note: Treating physicians who may be called as witnesses, including as expert witnesses, should generally provide their reports or summaries and be deposed during the fact discovery period.*

7) As to expert disclosures, ~~not anticipated~~

   a) The names, qualifications and area(s) of expertise of initial experts shall be served on or before March 9, 2020.

   b) Initial expert witness reports shall be served on or before April 16, 2020.

   c) Rebuttal expert witness reports shall be served on or before May 16, 2020.

8) All discovery, including any depositions of experts, shall be completed on or before ~~June~~ *March* 9, 2020.

   *(Generally, this date must be no later than 9 months after the initial conference.)*

9) On or before ~~June 16~~ *March 9, 2020*, 2020, the parties must file on ECF a joint letter confirming that discovery is concluded.

10) Any dispositive motion practice must be commenced by ~~July 9~~ *April 30*, 2020, within 30 days of the close of all discovery.

    Parties must consult the Individual Rules of the District Judge assigned to this case to determine, <u>inter alia</u>, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must be submitted with the motion and whether such a motion must be "bundled."

11) A proposed joint pre-trial order must be filed (or if required by the District Judge, a scheduling date must be requested) by ~~August 10~~ *May 29*, 2020, within 60 days of the close of fact discovery.

    This date is not stayed during any dispositive motion practice unless ordered by the District Judge assigned to this case or permitted by the District Judge's Individual Rules.

12) Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

2

a) No __X__ Do NOT indicate which party has declined to consent.

b) Yes _____

*If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on the Court's ECF system. See http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx*

13) A discovery status telephone conference/an in-person Status Conference is set for __2/5/20__ at __11:00__ X a.m. ___ p.m. If a telephone conference is scheduled, the conference call will be arranged and initiated by Plaintiff or Defendant (circle one) to Chambers at 718 613 2300. A joint discovery status letter must be filed on ECF by __1/29/20__ in preparation for the conference. *The Court will schedule these dates.*

14) A final pre-trial conference is set for __TBD__ *The Court will schedule this date.*

15) The parties may wish to engage in settlement discussions. To facilitate this process, Plaintiff(s) agree(s) to make a demand on or before November 22, 2019, and Defendant(s) agree(s) to respond to the demand on or before December 13, 2019. [ongoing]

*After the parties have exchanged a demand and response, the Parties may request a settlement conference by filing on ECF a letter that requests a conference and informs the Court of at least three dates when all counsel and all parties with decision-making authority (including, if necessary, insurance representatives) are available for an in-person conference. The parties will be required to submit an ex parte settlement statement letter a week before the conference.*

16) Any additional matters: [not anticipated]

As the second amended complaint is pled as a putative class and/or collective action, the parties may engage in discovery or otherwise undertake other measures relating to these issues. Such matters may impact in presently undetermined ways the dates set forth in this schedule.

+ Counsel will discuss court-referred ADR

3

This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.

Dated: Brooklyn, New York
9/9/20

/S/
_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO BY COUNSEL:

Signature: _____
Name: Paul Hershan
*Attorney for Plaintiff(s)*
Address: Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
E-mail: phershan@faillacelaw.com
Tel.: (212) 317-1200
Fax: (212) 317-1620

Signature: _____
Name: Brian J. Turoff
*Attorney for Defendant(s)*
Address: Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York 10036
E-mail: bturoff@manatt.com
Tel.: (212) 790-4500
Fax: (212) 790-4545

*(Additional counsel should provide the same information.)*

4