# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

cerrington@faillacelaw.comm

April 10, 2020

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

      Re: <u>Roque Lopez et al v. Pronto Pizza 02 LLC et al;</u>
         18-cv-05639

Dear Judge Scanlon:

  I am an attorney representing Plaintiffs Jose de Jesus Roque Lopez and Bonifacio Bartolo Justo ("Plaintiffs") in the above-referenced matter. Plaintiffs write jointly with Defendants (together, the "Parties") pursuant to the Order dated April 7, 2020 to advise the Court of the status of mediation.

  By way of background, the Parties scheduled their mediation with mediator Ronald Kreismann for April 2, 2020. On March 15, the Parties received an email from Mr. Kreismann advising that all mediation in the Eastern District had been adjourned indefinitely, meaning that the Parties' mediation originally scheduled for April 2nd would not be going forward. The Parties are currently discussing the possibility of mediating remotely, and jointly request that the date by which the mediation must be completed be extended until June 30, 2020.

         Respectfully Submitted,

         Clela A. Errington, Esq.

cc: All Attorneys of Record (Via ECF)