# Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200        Fax:(212) 317-1620

Jose de Jesus Roque Lopez                                          March 9, 2021

|  |  | File #: | ProntoPizza |
| --- | --- | --- | --- |
| **Attention:** |  | Inv #: | Sample |

**RE:**   Roque Lopez et al v. Pronto Pizza 02 LLC et al; 18-cv-05639

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Oct-08-18 | interviewed new client and got the facts for the case | 1.90 | 855.00 | MF |
| Oct-12-18 | summarized language of complaint and classified it for future use | 0.30 | 135.00 | MF |
| Oct-28-19 | Reviewed amended complaint and damage calculations and memo from PH | 0.30 | 82.50 | FD |
|  | Called and left message with defense | 0.10 | 0.00 | FD |
|  | Call with defense counsel | 0.10 | 27.50 | FD |
| Oct-29-19 | Calls with clients | 0.10 | 27.50 | FD |
|  | Emailed paralegal FG re: calendaring initial scheduling order dates | 0.10 | 27.50 | FD |
|  | Drafted discovery requests | 0.30 | 0.00 | FD |
|  | Drafted discovery requests | 0.40 | 0.00 | FD |
|  | Drafted discovery requests and reviewed answer | 1.20 | 330.00 | FD |
| Nov-18-19 | phone call with client to schedule meeting | 0.10 | 10.00 | PL |

|           |                                                                      |      |        |    |
|-----------|----------------------------------------------------------------------|------|--------|----|
|           | phone call with client                                               | 0.10 | 10.00  | PL |
| Nov-20-19 | Reviewed Defendants' discovery requests                              | 0.20 | 55.00  | FD |
|           | Reviewed discovery requests and went over them with clients          | 2.00 | 550.00 | FD |
| Dec-04-19 | Reviewed complaint re: locations of corporate defendants             | 0.10 | 27.50  | FD |
| Dec-06-19 |                                                                      | 1.00 | 275.00 | FD |
|           | Drafted interrogatory responses                                      | 0.30 | 82.50  | FD |
| Feb-28-20 | Review file and docket.                                              | 0.50 | 175.00 | CE |
| Mar-01-20 | Review file, docket.                                                 | 0.40 | 140.00 | CE |
|           | Review transfer notes re history of settlement negotiations.         | 0.30 | 105.00 | CE |
| Jul-06-20 | Review ECF notification.                                             | 0.10 | 35.00  | CE |
| Jul-07-20 | calendared mediation order                                           | 0.10 | 10.00  | PL |
| Jul-14-20 | Discussed with lead attorney reasons why she extended mediation      | 0.10 | 45.00  | MF |
|           | Consult with MF regarding strategy.                                  | 0.10 | 35.00  | CE |
| Jul-15-20 | Rview docket.                                                        | 0.10 | 35.00  | CE |
| Oct-05-20 | Review ECF notification.                                             | 0.10 | 35.00  | CE |
| Oct-06-20 | Phone call with opposing counsel.                                    | 0.20 | 70.00  | CE |
| Oct-08-20 | Review email from opposing counsel.                                  | 0.10 | 35.00  | CE |
|           | Review letter from opposing counsel.                                 | 0.20 | 70.00  | CE |
|           | MAke edits to extension letter.                                      | 0.30 | 105.00 | CE |
|           | Review defendants' edits to extension letter.                        | 0.20 | 70.00  | CE |
|           | MAke edits to extension letter.                                      | 0.20 | 70.00  | CE |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Finalize and file adjournment letter. | 0.20 | 70.00 | CE |
| Oct-09-20 | telephone call with client regarding any and all discovery documents he might have that we may send to complete defendants' | 0.40 | 50.00 | PL |
| Oct-21-20 | Spoke with client regarding a question he had about his case | 0.20 | 25.00 | PL |
| Nov-13-20 | Preparation for called with opposing counsel. | 0.50 | 175.00 | CE |
| | Phone call with opposing counsel. | 0.40 | 140.00 | CE |
| Nov-19-20 | Review email from opposing ounnsel. | 0.10 | 35.00 | CE |
| | Phone call with client. | 0.40 | 140.00 | CE |
| | Draft email to opposing ounsel. | 0.10 | 35.00 | CE |
| | Preparation for client call. | 0.30 | 105.00 | CE |
| | Review notes from previous attorney re witneses | 0.50 | 175.00 | CE |
| Nov-23-20 | Phone call with client. | 0.40 | 140.00 | CE |
| | Phone call with opposing counsel. | 0.50 | 175.00 | CE |
| Dec-21-20 | Phone called with opposing counsel. | 0.10 | 35.00 | CE |
| Jan-11-21 | Review email from opposing counsel. | 0.10 | 35.00 | CE |
| | Draft e-mail to opposing counsel. | 0.10 | 35.00 | CE |
| Jan-12-21 | Phone call with opposing counsel | 0.30 | 105.00 | CE |
| | Draft plaintiff affidavits in support of OTSC | 2.70 | 945.00 | CE |
| Jan-25-21 | Review ECF notification. | 0.10 | 35.00 | CE |
| Feb-01-21 | Email correspondence with opposing counsel and mediator. | 0.30 | 105.00 | CE |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Draft exparte mediation letter. | 2.30 | 805.00 | CE |
| Feb-05-21 | Finalize and submit mediation letter. | 0.90 | 315.00 | CE |
| Feb-07-21 | Factual research regarding locations of Defendant pizza chain. | 1.50 | 525.00 | CE |
| Feb-08-21 | Attend mediation. | 5.60 | 840.00 | PL |
| Feb-09-21 | Attend mediation. | 5.60 | 1,960.00 | CE |
|  | Review and approve email from opposing counsel. | 0.30 | 105.00 | CE |
| Feb-23-21 | Phone call with opposing counsel. | 0.10 | 35.00 | CE |
|  | Review and approve letter. | 0.20 | 70.00 | CE |
| Mar-09-21 | Review settlement agreement. | 0.40 | 140.00 | CE |
|  | Review and make edits to settlement supporting documents. | 0.20 | 70.00 | CE |
|  | Draft Cheeks letter. | 0.70 | 245.00 | CE |
| Mar-11-21 | Review Defendants' edits to fairness letter. | 0.20 | 70.00 | CE |
|  | Make edits to fairness letter. | 0.50 | 175.00 | CE |
|  | Review further edits to Cheeks letter. | 0.30 | 105.00 | CE |
|  | Phone call with opposing counsel. | 0.10 | 35.00 | CE |
|  | Make further edits to fairness submission. | 0.20 | 70.00 | CE |
|  | Review email from opposing counsel. | 0.10 | 35.00 | CE |
|  | Totals | 38.50 | $11,690.00 |  |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
|  | Filing Fee | 800.00 |
| Oct-17-18 | Process Server Pronto Pizza 02 LLC | 66.00 |
|  | Process Server Pronto Pizza 03 LLC | 66.00 |

Case 1:18-cv-05639-EK-VMS   Document 55-2   Filed 03/11/21   Page 5 of 5 PageID #: 239

|  |  |
|---|---|
| Totals | $932.00 |
| **Total Fee & Disbursements** | **$12,622.00** |
| **Balance Now Due** | **$12,622.00** |